```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 16746
   THERALYN LEWIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9162


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 09/14/2007 and was not confirmed.

   The case was dismissed without confirmation 10/29/2007.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------
AMC MORTGAGE SERVICES    SECURED NOT I       .00           .00          .00
AMC MORTGAGE SERVICES    SECURED NOT I       .00           .00          .00
CAPITAL ONE              UNSECURED        658.11           .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                        .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                            --------------     --------------
TOTALS                              .00                       .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 01/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE